Christopher M. Davis, WSBA No. 23234
Peter J. Balzarini, WSBA No. 52854
Davis Law Group, P.S.
2101 Fourth Ave., Ste. 1030
Seattle, WA 98121
Tel: (206) 727-4000
chris@davislawgroupseattle.com
pete@davislawgroupseattle.com
*Attorneys for Plaintiff*

Honorable Ricardo S. Martinez
Trial Date: 9/13/21

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL J. WALLACE,<br><br>        Plaintiff,<br><br>vs.<br><br>LIVE NATION WORLDWIDE, INC., a Delaware Corporation doing business in Washington, STARPLEX CORPORATION d/b/a CROWD MANAGEMENT SERVICES, a Oregon Corporation doing business in Washington, JOHN DOE and JANE DOE, individually and the marital community composed thereof; and JOHN and JANE DOES 1 through 5;<br><br>        Defendants. | No. 2:20-cv-00799-RSM<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND CERTAIN DISCOVERY DEADLINES |

ORDER GRANTING STIPULATED MOTION TO EXTEND
CERTAIN DISCOVERY DEADLINES
PAGE 1 of 3

**DAVIS LAW GROUP, P.S.**
2101 FOURTH AVENUE, SUITE 1030
SEATTLE, WASHINGTON 98121
(206) 727-4000

This motion comes before the Court on the parties' Stipulated Motion to Extend Certain Discovery Deadlines. Having considered the status of this case and the reasons for the parties' request for an extension of certain discovery deadlines, IT IS HEREBY ORDERED:

The parties' stipulated motion, docket no. 18, is GRANTED.

1. The initial liability expert disclosure deadline is hereby extended from March 17, 2021 to April 17, 2021.
2. The rebuttal liability expert disclosure deadline is hereby extended from April 16, 2021 to May 17, 2021.
3. No other case deadlines are affected by this Order.

DATED this 25th day of February, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO EXTEND
CERTAIN DISCOVERY DEADLINES
PAGE 2 of 3

DAVIS LAW GROUP, P.S.
2101 FOURTH AVENUE, SUITE 1030
SEATTLE, WASHINGTON 98121
(206) 727-4000

Presented by:

**DAVIS LAW GROUP, P.S.**

*/s/ Peter J. Balzarini*
Christopher M. Davis, WSBA #23234
Peter J. Balzarini, WSBA #52854
2101 4th Avenue, Suite 1030
Seattle, WA 98121
Attorneys for Plaintiff

**WILLIAMS, KASTNER**

*/s/Ryan W. Vollans*
Ryan W. Vollans, WSBA #45302
601 Union Street, Suite 4100
Seattle, WA 98101
Attorneys for Defendant Live Nation

**MERRICK, HOFSTEDT, LINDSEY**

*/s/Thomas J. Collins*
Thomas J. Collins, WSBA #2157
3101 Western Avenue, Suite 200
Seattle, WA 98121
Attorneys for Defendant Starplex

ORDER GRANTING STIPULATED MOTION TO EXTEND
CERTAIN DISCOVERY DEADLINES
PAGE 3 of 3

**DAVIS LAW GROUP, P.S.**
2101 FOURTH AVENUE, SUITE 1030
SEATTLE, WASHINGTON 98121
(206) 727-4000